Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*     11th Circuit Docket Number: 22-12590-J

| Caption: | District and Division: Northern District of Florida; Pensacola Division |
|---|---|
| Christopher Ounjian, Appellant/Plaintiff; | Name of Judge: T. Kent Wetherell |
| | Nature of Suit: _____ |
| v. | Date Complaint Filed: March 23, 2022 |
| | District Court Docket Number: 3:22-cv-04575-TKW-MJF |
| Globoforce Inc. d/b/a WorkHuman, Appellee/Defendant. | Date Notice of Appeal Filed: August 5, 2022 |
| | ☐ Cross Appeal    ☐ Class Action |
| | Has this matter previously been before this court? ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Bert Black<br>Lauren D'Cruz<br><br>Richard Errol Johnson | 412 S. 4th St., Suite 1050<br>Minneapolis, MN 55415<br><br>314 W. Jefferson St.<br>Tallahassee, FL 32301 | 612-294-2600<br>bblack@schaeferhalleen.com<br>ldcruz@schaeferhalleen.com<br><br>rick@rej-law.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Jennifer L. Chunias<br>Kate E. MacLeman<br>Dylan E. Schweers<br>Edwina Clarke<br><br>Nathan A. Adams IV | 100 Northern Avenue<br>Boston, MA 02210<br><br>315 South Calhoun St., Suite 600<br>Tallahassee, FL 32301 | 617-570-1000<br>jchunias@goodwinlaw.com<br>kmacleman@goodwinlaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $ 75,000+<br>Amount Sought by Defendant: $ _____<br>Awarded: $ _____ to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted ☐ Denied |

11th Circuit Docket Number: 22-12590-J

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

If Yes, provide
(a) Case Name/Statute  Florida Private Sector Whistleblower Act and Florida Deceptive and Unfair Trade Practices Act
(b) Citation  Fla. Stat. §§ 448.101-105 and Fla. Stat. §§ 501.201-213
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☐ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
(b) Among circuits?  ☐ Yes  ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

**(I)** Whether resignation to avoid participation in fraud, either alone or in combination with threats of demotion, threats about performance and poor attitude for objecting to fraud, and misuse of private medical information constitutes constructive discharge; **(II)** Whether a plaintiff can recover under the Florida Deceptive and Unfair Trade Practices Act for loss of employment; **(III)** Whether resignation to avoid participation in fraud and in the face of threats of demotion, unwarranted negative statements about performance, and misuse of private medical information supports a claim under the Massachusetts common law exception to the employment-at-will doctrine.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 24th DAY OF August, 2022.

Bert Black
NAME OF COUNSEL (Print)

*Bert Black*
SIGNATURE OF COUNSEL